**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**PHILLIP M. THOMPSON**                                                    **PETITIONER**

**V.**                          **CIVIL ACTION NO.: 3:22-cv-184-HTW-LGI**

**PAUL BOULET,** *WARDEN*                                        **RESPONDENT**

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket No. 13]**. In her Report and Recommendation, filed October 24, 2023, Magistrate Judge LaKeysha Greer Isaac recommended Petitioner's, Phillip M. Thompson ("Thompson"), 28 U.S.C. § 2241 writ of habeas corpus petition be denied. Magistrate Judge Isaac directed the Petitioner to file any written objections within fourteen (14) days. To date, no objection has been filed.

Based on the findings contained in the Report and Recommendation **[Docket No. 13]**, this Court agrees with the Magistrate Judge that Thompson's 18 U.S.C. § 924(c) conviction makes him ineligible to receive First Step Act ("FSA") time credits.

This Order commensurately hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the Order of this Court, and hereby **DISMISSES** the instant petition **WITH PREJUDICE.**

**SO ORDERED this the 31st day of October 2024.**

                                                  /s/HENRY T. WINGATE
                                                  **UNITED STATES DISTRICT COURT JUDGE**